**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **JASMINE POOLE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION** |
| **v.** ) | **NO. 25-40188-MRG** |
| ) | |
| **D'VONTE PETERS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**ORDER**
**May 20, 2026**

**GUZMAN, D.J.**

On April 15, 2026, the Court issued an order in which it (1) granted the *in forma pauperis* motion of *pro se* plaintiff Jasmine Poole; and (2) reviewed her complaint pursuant to 28 U.S.C. § 1915(e)(2).  [ECF No. 5].  The Court concluded that Poole's complaint failed to state a claim upon which relief could be granted.  The Court ordered, "If Poole wishes to proceed with this action, she must, within thirty (30) days, show good cause, by filing an amended complaint in accordance with this Order, why this action should not be dismissed for failure to state a claim upon which relief may be granted."  Id. at 11.

The deadline for filing an amended complaint has lapsed without any response from Poole.  Accordingly, for the reasons set forth in the Court's April 15, 2026 order, this action is DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

**So Ordered.**

 Margaret R. Guzman
MARGARET R. GUZMAN
UNITED STATES DISTRICT JUDGE